IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY PALMER and YOLANDA PALMER,   No. C-12-1332 MMC

    Plaintiffs,   **ORDER DISMISSING ACTION**

  v.

COUNTRYWIDE, BANK OF AMERICA, N.A.,

    Defendant.

_____/

    By order filed July 17, 2012, the Court dismissed plaintiffs' complaint, finding plaintiffs had failed to a state upon which relief could be granted, and afforded plaintiffs leave to file a First Amended Complaint no later than August 3, 2012.  Plaintiffs did not file a First Amended Complaint within the time specified.

    Accordingly, plaintiffs' having failed to state a claim, the above-titled action is hereby DISMISSED with prejudice.

    **IT IS SO ORDERED.**

Dated: August 7, 2012

MAXINE M. CHESNEY
United States District Judge