IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY PALMER and YOLANDA PALMER,

Plaintiffs,

v.

COUNTRYWIDE, BANK OF AMERICA, N.A.,

Defendant.

No. CV- 12-1332 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Plaintiffs' having failed to state a claim, the above-titled action is hereby DISMISSED with prejudice.

Dated: August 8, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk