IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY PALMER and YOLANDA PALMER,

No. CV- 12-1332 MMC

       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

  v.

COUNTRYWIDE, BANK OF AMERICA, N.A.,

       Defendant.
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Plaintiffs' having failed to state a claim, the above-titled action is hereby DISMISSED with prejudice.

Dated: August 8, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk